THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 James David Trotter, 
 Appellant. 
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-308
 Submitted February 20, 2004 
  Filed May 6, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, of Columbia, for Appellant.
 Deputy Director for Legal 
 Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr., Legal Counsel 
 J. Benjamin Aplin, S.C. Dept. of Probation, of Columbia, for Respondent.
 
 
 

PER CURIAM:  James David Trotter 
 was convicted of assault and battery of a high and aggravated nature and sentenced 
 to five years imprisonment, suspended on the service of five years probation.  
 As a result of a probation violation and revocation hearing, Trotters probation 
 was revoked in full, and he was ordered to serve five years imprisonment.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Trotters counsel attached 
 a petition to be relieved as counsel.  Trotter did not file a pro se response. 
 
After review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Trotters appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.